IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| David T. Perry,<br><br>    *Plaintiff*,<br><br>v.<br><br>PNC Bank, N.A. and Kelly Cooke,<br><br>    *Defendants*. | CASE NO. 5:16-CV-00886-FL |

## ORDER

This matter comes before the Court on the Motion to Stay Discovery filed by of Defendants PNC Bank, N.A. and Kelly Cooke. The Court finds that good cause exists and no prejudice would result and as such the motion is hereby GRANTED. The Rule 26(f) conference, the requirement to submit a discovery plan as mandated by Rule 26(f), the requirement to provide initial disclosures as required by Rule 26(a), and all discovery are stayed until disposition of the motion to dismiss (ECF No. 7).

SO ORDERED, this <u>23rd</u> day of <u>November</u>, 2016.

*/s/ Louise W. Flanagan*
_____
The Honorable Louise W. Flanagan
United States District Judge