UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID T. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:16-CV-886-FL |
| PNC BANK, N.A. and ) | |
| KELLY COOKE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 28, 2017, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 28, 2017, and Copies To:**

Amanda W. Abshire, William Grayson Lambert, and William Owen Lewis Hutchison
(via CM/ECF Notice of Electronic Filing)
David T. Perry (via U.S. Mail) PO Box 1104, Rich Square, NC 27869

| | |
|---|---|
| February 28, 2017 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |